IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTIN VALLEJO,

        Plaintiff,  CIV S-09-3088 GGH

    vs.

MICHAEL J. ASTRUE,  ORDER
Commissioner of Social Security,

        Defendant.
_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

        4. Within fifteen days from the date of this order, plaintiff shall submit to the

1 United States Marshal an original and five copies of the completed summons, five copies of the
2 complaint, five copies of the scheduling order and a completed USM-285 form and *shall file a*
3 *statement with the court that said documents have been submitted to the United States Marshal.*
4      5. The United States Marshal is directed to serve all process without prepayment
5 of costs not later than sixty days from the date of this order.  Service of process shall be
6 completed by delivering a copy of the summons, complaint, and scheduling order to the United
7 States Attorney for the Eastern District of California, and by sending two copies of the summons,
8 complaint, and scheduling order by registered or certified mail to the Attorney General of the
9 United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also
10 send a copy of the summons, complaint, and scheduling order by registered or certified mail to
11 the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room
12 611, Altmeyer Blvd., Baltimore, MD, 21235.  See Fed. R. Civ. P. 4(i)(2).
13 Dated: December 16, 2009

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

16 vallejo.ifp